**Opinion issued December 31, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-24-00842-CV**

————————————

**BECKER ROOFING AND EXTERIORS, LLC, Appellant**

**V.**

**MARIO RIVERA D/B/A MAXIM POOL SERVICES, Appellee**

---

**On Appeal from the 352nd District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 352-346813-23**

---

**MEMORANDUM OPINION**

This appeal was previously abated for mediation. The parties have now filed

a joint motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(B). They

represent that they have reached an agreement to settle this matter and request that

we set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id*.

Accordingly, we reinstate the appeal, grant the joint motion, set aside the trial court's judgment without regard to the merits, and remand this cause to the trial court for rendition of judgment in accordance with the parties' agreement. *See id.*

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Rivas-Molloy and Gunn.